**Wayne WARMACK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 72713.**

Missouri Court of Appeals,
Western District.

Sept. 20, 2011.

Mark A. Grothoff, Columbia, MO, for appellant.

Chris Koster, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES E. WELSH and MARK D. PFEIFFER, Judges.

**ORDER**

PER CURIAM.

Wayne Warmack appeals the denial of his Rule 24.035 motion after an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the denial of post-conviction relief.

AFFIRMED. Rule 84.16(b).